| Statement of Earnings For: | ERIC M WATSON | | | | | | | Deluxe Athletics |
|---|---|---|---|---|---|---|---|---|
| Employee #: | | Department | | Period Begin: | 12/18/2017 | Check Date: | 12/29/2017 | 80 Scott Dr |
| Clock Number: | | | | Period End: | 12/24/2017 | | | Marietta, GA 30067 |
| SSN: | | Fed Filing: | Married | Exemptions: | 0 | Additional Tax: | $10.00 | 678-560-5336 |
| Company Id: | 2021 | State Filing: | Married Filing | Exemptions: | 0 | Additional Tax: | $10.00 | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V751843 | $0.00 | $420.00 | $320.82 | |

| EARNINGS | | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Hourly Regular | 12.0000 | 35.00 | 420.00 | 608.50 | 7,302.00 | SOC SEC EE | 26.04 | 740.65 | Child Support | 79.98 | 983.48 |
| *Per Diem (Non T | | 0.00 | 75.00 | 0.00 | 1,975.00 | MED EE | 6.09 | 173.22 | | | |
| Overtime - Blen | | 0.00 | 0.00 | 258.00 | 4,644.00 | FEDERAL WH | 35.37 | 1,329.25 | | | |
| | | | | | | GEORGIA WH | 26.70 | 744.58 | | | |
| Total: | | 35.00 | 420.00 | 866.50 | 11,946.00 | Total: | 94.20 | 2,987.70 | Total: | 79.98 | 983.48 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|
| | Checking | Deposit Amount: | 320.82 |

**DELUXE ATHLETICS**
Deluxe Athletics
80 Scott Dr
Marietta, GA 30067
678-560-5336

| CHECK DATE | VOUCHER ID |
|---|---|
| 12/29/2017 | V751843 |

| TOTAL NET PAY |
|---|
| ********$320.82 |

101
**ERIC M WATSON**
1403 HWY 411 SOUTH
Chatsworth, GA 30705

**NOT NEGOTIABLE**

| Statement of Earnings For: | ERIC M WATSON | | | | | | Deluxe Athletics 80 Scott Dr Marietta, GA 30067 678-560-5336 | | |
|---|---|---|---|---|---|---|---|---|---|
| Employee #: | | Department | | Period Begin: | 12/11/2017 | Check Date: | 12/22/2017 | | |
| Clock Number: | | | | Period End: | 12/17/2017 | | | | |
| SSN: | | Federal Filing: | Married | Exemptions: | 0 | Additional Tax: | $10.00 | | |
| Company Id: | | State Filing: | Married Filing | Exemptions: | 0 | Additional Tax: | $10.00 | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V745405 | $0.00 | $1,128.00 | $931.23 | |

| EARNINGS | | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Hourly Regular | 12.0000 | 40.00 | 480.00 | 573.50 | 6,882.00 | SOC SEC EE | 69.93 | 714.61 | Child Support | 79.98 | 903.50 |
| Overtime - Bien | 18.0000 | 36.00 | 648.00 | 258.00 | 4,644.00 | MED EE | 16.36 | 167.13 | | | |
| *Per Diem (Non T | | 0.00 | 175.00 | 0.00 | 1,900.00 | FEDERAL WH | 136.32 | 1,293.88 | | | |
| | | | | | | GEORGIA WH | 69.18 | 717.88 | | | |
| Total: | | 76.00 | 1,128.00 | 831.50 | 11,526.00 | Total: | 291.79 | 2,893.50 | Total: | 79.98 | 903.50 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|
| | Checking | Deposit Amount: | 931.23 |

---

**DELUXE ATHLETICS**
Deluxe Athletics
80 Scott Dr
Marietta, GA 30067
678-560-5336

101
**ERIC M WATSON**
1403 HWY 411 SOUTH
Chatsworth, GA 30705

| CHECK DATE | VOUCHER ID |
|---|---|
| 12/22/2017 | V745405 |

| TOTAL NET PAY |
|---|
| ********$931.23 |

**NOT NEGOTIABLE**

| Statement of Earnings For: | ERIC M WATSON | | | | | | Deluxe Athletics |
|---|---|---|---|---|---|---|---|
| Employee #: | | Department | | Period Begin: | 12/4/2017 | Check Date: 12/15/2017 | 80 Scott Dr |
| Clock Number: | | | | Period End: | 12/10/2017 | | Marietta, GA 30067 |
| SSN: | | Federal Filing: | Married | Exemptions: | 0 | Additional Tax: $10.00 | 678-560-5336 |
| Company Id: | | State Filing: | Married Filing | Exemptions: | 0 | Additional Tax: $10.00 | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V736809 | $0.00 | $1,083.00 | $899.35 | |

| EARNINGS | | | | | *Not Included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Hourly Regular | 12.0000 | 40.00 | 480.00 | 533.50 | 6,402.00 | SOC SEC EE | 67.15 | 644.68 | Child Support | 79.75 | 823.52 |
| Overtime - Blen | 18.0000 | 33.50 | 603.00 | 222.00 | 3,996.00 | MED EE | 15.70 | 150.77 | | | |
| *Per Diem (Non T | | 0.00 | 175.00 | 0.00 | 1,725.00 | FEDERAL WH | 129.57 | 1,157.56 | | | |
| | | | | | | GEORGIA WH | 66.48 | 648.70 | | | |
| Total: | | 73.50 | 1,083.00 | 755.50 | 10,398.00 | Total: | 278.90 | 2,601.71 | Total: | 79.75 | 823.52 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|
| | Checking | | Deposit Amount: 899.35 |

**DELUXE ATHLETICS**
Deluxe Athletics
80 Scott Dr
Marietta, GA 30067
678-560-5336

| CHECK DATE | VOUCHER ID |
|---|---|
| 12/15/2017 | V736809 |

**TOTAL NET PAY**
********$899.35

101
**ERIC M WATSON**
1403 HWY 411 SOUTH
Chatsworth, GA 30705

**NOT NEGOTIABLE**

| Statement of Earnings For: | ERIC M WATSON | | | | | | Deluxe Athletics |
|---|---|---|---|---|---|---|---|
| Employee #: | | Department | | Period Begin: | 11/27/2017 | Check Date: 12/8/2017 | 80 Scott Dr |
| Clock Number: | | | | Period End: | 12/3/2017 | | Marietta, GA 30067 |
| SSN: | | Federal Filing: | Married | Exemptions: | 0 | Additional Tax: $10.00 | 678-560-5336 |
| Company Id: | | State Filing: | Married Filing | Exemptions: | 0 | Additional Tax: $10.00 | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V729646 | $0.00 | $1,137.00 | $937.88 | |

### EARNINGS (*Not included in Totals) / TAXES / DEDUCTIONS

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hourly Regular | 12.0000 | 40.00 | 480.00 | 493.50 | 5,922.00 | SOC SEC EE | 70.49 | 577.53 | Child Support | 79.75 | 743.77 |
| Overtime - Bien | 18.0000 | 36.50 | 657.00 | 188.50 | 3,393.00 | MED EE | 16.49 | 135.07 | | | |
| *Per Diem (Non T | | 0.00 | 175.00 | 0.00 | 1,550.00 | FEDERAL WH | 137.67 | 1,027.99 | | | |
| | | | | | | GEORGIA WH | 69.72 | 582.22 | | | |
| Total: | | 76.50 | 1,137.00 | 682.00 | 9,315.00 | Total: | 294.37 | 2,322.81 | Total: | 79.75 | 743.77 |

### CURRENT PERIOD LEAVE ACCRUAL / DISTRIBUTION OF NET PAY

| | | Checking | | Deposit Amount: | 937.88 |
|---|---|---|---|---|---|

### DELUXE ATHLETICS

Deluxe Athletics
80 Scott Dr
Marietta, GA 30067
678-560-5336

101
**ERIC M WATSON**
1403 HWY 411 SOUTH
Chatsworth, GA 30705

| CHECK DATE | VOUCHER ID |
|---|---|
| 12/8/2017 | V729646 |

| TOTAL NET PAY |
|---|
| ********$937.88 |

**NOT NEGOTIABLE**

| Statement of Earnings For: | ERIC M WATSON | | | | | | Deluxe Athletics | |
|---|---|---|---|---|---|---|---|---|
| Employee #: | | Department | | Period Begin: | 11/20/2017 | Check Date: 12/1/2017 | 80 Scott Dr | |
| Clock Number: | | | | Period End: | 11/26/2017 | | Marietta, GA 30067 | |
| SSN: | | Federal Filing: | Married | Exemptions: | 0 | Additional Tax: $10.00 | 678-560-5336 | |
| Company Id: | 3021 | State Filing: | Married Filing | Exemptions: | 0 | Additional Tax: $10.00 | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V722482 | $0.00 | $807.00 | $652.42 | |

| EARNINGS | | | | | *Not Included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Hourly Regular | 12.0000 | 59.00 | 708.00 | 453.50 | 5,442.00 | SOC SEC EE | 50.04 | 507.04 | Child Support | 79.75 | 664.02 |
| Overtime - Blen | 18.0000 | 5.50 | 99.00 | 152.00 | 2,736.00 | MED EE | 11.70 | 118.58 | | | |
| *Per Diem (Non T | | 0.00 | 125.00 | 0.00 | 1,375.00 | FEDERAL WH | 88.17 | 890.32 | | | |
| | | | | | | GEORGIA WH | 49.92 | 512.50 | | | |
| Total: | | 64.50 | 807.00 | 605.50 | 8,178.00 | Total: | 199.83 | 2,028.44 | Total: | 79.75 | 664.02 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|
| | Checking | | Deposit Amount: 652.42 |

**DELUXE ATHLETICS**
Deluxe Athletics
80 Scott Dr
Marietta, GA 30067
678-560-5336

| CHECK DATE | VOUCHER ID |
|---|---|
| 12/1/2017 | V722482 |

| TOTAL NET PAY |
|---|
| ********$652.42 |

101
**ERIC M WATSON**
1403 HWY 411 SOUTH
Chatsworth, GA 30705

**NOT NEGOTIABLE**

| Statement of Earnings For: | ERIC M WATSON | | | | | | | Deluxe Athletics 80 Scott Dr Marietta, GA 30067 678-560-5336 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Employee #: | | Department | | Period Begin: | 11/13/2017 | Check Date: | 11/24/2017 | | | |
| Clock Number: | | | | Period End: | 11/19/2017 | | | | | |
| SSN: | | Federal Filing: | Married | Exemptions: | 0 | Additional Tax: $10.00 | | | | |
| Company Id: | | State Filing: | Married Filing | Exemptions: | 0 | Additional Tax: $10.00 | | | | |
| Voucher Id | | Check Amount | | Gross Pay | | Net Pay | | Check Message | | |
| V715285 | | $0.00 | | $1,083.00 | | $899.36 | | | | |

| EARNINGS | | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Hourly Regular | 12.0000 | 40.00 | 480.00 | 394.50 | 4,734.00 | SOC SEC EE | 67.14 | 457.00 | Child Support | 79.75 | 584.27 |
| Overtime - Blen | 18.0000 | 33.50 | 603.00 | 146.50 | 2,637.00 | MED EE | 15.70 | 106.88 | | | |
| *Per Diem (Non T | | 0.00 | 175.00 | 0.00 | 1,250.00 | FEDERAL WH | 129.57 | 802.15 | | | |
| | | | | | | GEORGIA WH | 66.48 | 462.58 | | | |
| Total: | | 73.50 | 1,083.00 | 541.00 | 7,371.00 | Total: | 278.89 | 1,828.61 | Total: | 79.75 | 584.27 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|
| | Checking | | Deposit Amount: 899.36 |

**DELUXE ATHLETICS**

Deluxe Athletics
80 Scott Dr
Marietta, GA 30067
678-560-5336

| CHECK DATE | VOUCHER ID |
|---|---|
| 11/24/2017 | V715285 |

| TOTAL NET PAY |
|---|
| ********$899.36 |

101
**ERIC M WATSON**
1403 HWY 411 SOUTH
Chatsworth, GA 30705

**NOT NEGOTIABLE**

| Statement of Earnings For: | ERIC M WATSON | | | | | | Deluxe Athletics | |
|---|---|---|---|---|---|---|---|---|
| Employee #: | | Department | | Period Begin: | 11/6/2017 | Check Date: 11/17/2017 | 80 Scott Dr | |
| Clock Number: | | | | Period End: | 11/12/2017 | | Marietta, GA 30067 | |
| SSN: | | Federal Filing: | Married | Exemptions: | 0 | Additional Tax: $10.00 | 678-560-5336 | |
| Company Id: | 3021 | State Filing: | Married Filing | Exemptions: | 0 | Additional Tax: $10.00 | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V708261 | $0.00 | $78.00 | $51.01 | |

| EARNINGS | | | | | *Not Included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Hourly Regular | 12.0000 | 6.50 | 78.00 | 354.50 | 4,254.00 | SOC SEC EE | 4.84 | 389.86 | Child Support | 26.02 | 504.52 |
| *Per Diem (Non T | | 0.00 | 25.00 | 0.00 | 1,075.00 | MED EE | 1.13 | 91.18 | | | |
| Overtime - Bien | | 0.00 | 0.00 | 113.00 | 2,034.00 | FEDERAL WH | 10.00 | 672.58 | | | |
| | | | | | | GEORGIA WH | 10.00 | 396.10 | | | |
| Total: | | 6.50 | 78.00 | 467.50 | 6,288.00 | Total: | 25.97 | 1,549.72 | Total: | 26.02 | 504.52 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|
| | Checking | | Deposit Amount: 51.01 |

**DELUXE ATHLETICS**
Deluxe Athletics
80 Scott Dr
Marietta, GA 30067
678-560-5336

101
**ERIC M WATSON**
1403 HWY 411 SOUTH
Chatsworth, GA 30705

| CHECK DATE | VOUCHER ID |
|---|---|
| 11/17/2017 | V708261 |

| TOTAL NET PAY |
|---|
| *********$51.01 |

**NOT NEGOTIABLE**

| Statement of Earnings For: | ERIC M WATSON | | | | | | | Deluxe Athletics 80 Scott Dr Marietta, GA 30067 678-560-5336 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Employee #: | | Department | | Period Begin: | 10/23/2017 | Check Date: | 11/3/2017 | | | |
| Clock Number: | | | | Period End: | 10/29/2017 | | | | | |
| SSN: | | Federal Filing: | Married | Exemptions: | 0 | Additional Tax: | $10.00 | | | |
| Company Id: | 3021 | State Filing: | Married Filing | Exemptions: | 0 | Additional Tax: | $10.00 | | | |
| Voucher Id | Check Amount | | Gross Pay | | Net Pay | | | Check Message | | |
| V693943 | $0.00 | | $372.00 | | $284.40 | | | | | |

| EARNINGS | | | | | *Not Included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Hourly Regular | 12.0000 | 31.00 | 372.00 | 348.00 | 4,176.00 | SOC SEC EE | 23.06 | 385.02 | Child Support | 79.75 | 478.50 |
| *Per Diem (Non T | | 0.00 | 75.00 | 0.00 | 1,050.00 | MED EE | 5.40 | 90.05 | | | |
| Overtime - Bien | | 0.00 | 0.00 | 113.00 | 2,034.00 | FEDERAL WH | 30.57 | 662.58 | | | |
| | | | | | | GEORGIA WH | 23.82 | 386.10 | | | |
| Total: | | 31.00 | 372.00 | 461.00 | 6,210.00 | Total: | 82.85 | 1,523.75 | Total: | 79.75 | 478.50 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|
| | Checking | Deposit Amount: | 284.40 |

DELUXE ATHLETICS
Deluxe Athletics
80 Scott Dr
Marietta, GA 30067
678-560-5336

101
**ERIC M WATSON**
1403 HWY 411 SOUTH
Chatsworth, GA 30705

| CHECK DATE | VOUCHER ID |
|---|---|
| 11/3/2017 | V693943 |

| TOTAL NET PAY |
|---|
| ********$284.40 |

**NOT NEGOTIABLE**

| Statement of Earnings For: | ERIC M WATSON | | | | | | | Deluxe Athletics |
|---|---|---|---|---|---|---|---|---|
| Employee #: | | Department | | Period Begin: | 10/16/2017 | Check Date: | 10/27/2017 | 80 Scott Dr |
| Clock Number: | | | | Period End: | 10/22/2017 | | | Marietta, GA 30067 |
| SSN: | | Federal Filing: | Married | Exemptions: | 0 | Additional Tax: | $10.00 | 678-560-5336 |
| Company Id: | 3021 | State Filing: | Married Filing | Exemptions: | 0 | Additional Tax: | $10.00 | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V685364 | $0.00 | $1,146.00 | $944.29 | |

| EARNINGS | | | | | *Not Included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Hourly Regular | 12.0000 | 40.00 | 480.00 | 317.00 | 3,804.00 | SOC SEC EE | 71.06 | 361.96 | Child Support | 79.75 | 398.75 |
| Overtime - Blen | 18.0000 | 37.00 | 666.00 | 113.00 | 2,034.00 | MED EE | 16.62 | 84.65 | | | |
| *Per Diem (Non T | | 0.00 | 175.00 | 0.00 | 975.00 | FEDERAL WH | 139.02 | 632.01 | | | |
| | | | | | | GEORGIA WH | 70.26 | 362.28 | | | |
| Total: | | 77.00 | 1,146.00 | 430.00 | 5,838.00 | Total: | 296.96 | 1,440.90 | Total: | 79.75 | 398.75 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|
| | Checking | Deposit Amount: | 944.29 |

**DELUXE ATHLETICS**
Deluxe Athletics
80 Scott Dr
Marietta, GA 30067
678-560-5336

101
**ERIC M WATSON**
1403 HWY 411 SOUTH
Chatsworth, GA 30705

| CHECK DATE | VOUCHER ID |
|---|---|
| 10/27/2017 | V685364 |

**TOTAL NET PAY**
********$944.29

**NOT NEGOTIABLE**