

| PayView | InstantW2 | TaxReturns |

Wednesday - January 3, 2018
Otilia Watson

| Personal Info | YTD Totals | Check Stubs |

2014 | 2015 | 2016 | 2017 | 2018

Click on any check number to view details.
Check numbers beginning with an "A" represent Direct Deposit.

| Check No. | Check Date | Gross | Taxes | Deductions | Net |
|---|---|---|---|---|---|
| A0338437 | December 22, 2017 | $455.50 | $60.82 | $130.41 | $263.87 |
| A0338763 | December 22, 2017 | $592.40 | $79.49 | $130.41 | $382.10 |
| A0336864 | December 15, 2017 | $477.70 | $63.84 | $130.41 | $283.05 |
| A0335605 | December 08, 2017 | $466.60 | $62.34 | $130.41 | $273.45 |
| A0334626 | December 01, 2017 | $511.00 | $68.40 | $130.41 | $311.79 |
| A0333558 | November 22, 2017 | $433.30 | $57.79 | $130.41 | $244.70 |
| A0332865 | November 17, 2017 | $233.10 | $30.67 | $130.41 | $72.02 |
| A0332183 | November 09, 2017 | $444.40 | $59.30 | $130.41 | $254.29 |
| A0331339 | November 03, 2017 | $444.40 | $59.30 | $130.41 | $254.29 |
| A0329760 | October 27, 2017 | $496.20 | $66.37 | $130.41 | $299.02 |
| A0329075 | October 20, 2017 | $411.10 | $54.75 | $130.41 | $225.54 |
| A0327892 | October 13, 2017 | $337.10 | $44.67 | $130.41 | $161.62 |
| A0327184 | October 06, 2017 | $429.60 | $57.28 | $130.41 | $241.51 |
| A0326170 | September 29, 2017 | $597.95 | $80.27 | $130.41 | $386.87 |
| A0325672 | September 22, 2017 | $459.07 | $61.31 | $127.87 | $269.62 |
| A0324639 | September 15, 2017 | $329.57 | $42.94 | $139.40 | $146.96 |
| A0323744 | September 08, 2017 | $510.87 | $67.30 | $145.74 | $297.56 |
| A0322884 | September 01, 2017 | $447.97 | $58.86 | $143.54 | $245.30 |
| A0321865 | August 25, 2017 | $348.07 | $45.44 | $140.04 | $162.32 |
| A0320838 | August 18, 2017 | $429.47 | $56.37 | $142.89 | $229.94 |
| A0319620 | August 11, 2017 | $499.77 | $55.79 | $223.65 | $220.06 |
| A0318572 | August 04, 2017 | $399.60 | $52.37 | $141.86 | $205.37 |
| A0318081 | July 28, 2017 | $492.37 | $64.83 | $145.09 | $282.18 |
| A0316761 | July 21, 2017 | $444.27 | $58.35 | $143.41 | $242.24 |
| A0315736 | July 14, 2017 | $237.07 | $30.77 | $136.16 | $69.87 |
| A0314523 | June 30, 2017 | $521.97 | $68.79 | $146.13 | $306.78 |
| A0313186 | June 23, 2017 | $503.47 | $66.31 | $145.48 | $291.41 |
| A0312358 | June 16, 2017 | $540.47 | $71.30 | $146.78 | $322.12 |
| A0311836 | June 09, 2017 | $592.27 | $78.25 | $148.59 | $365.16 |
| A0310793 | June 02, 2017 | $432.90 | $56.84 | $143.02 | $233.04 |
| A0309946 | May 26, 2017 | $351.77 | $45.94 | $140.17 | $165.39 |
| A0309104 | May 19, 2017 | $510.87 | $67.31 | $145.74 | $297.55 |
| A0308101 | May 12, 2017 | $592.27 | $78.24 | $148.59 | $365.17 |
| A0307245 | May 05, 2017 | $540.47 | $71.29 | $146.78 | $322.13 |
| A0305902 | April 28, 2017 | $473.87 | $62.34 | $144.45 | $266.81 |
| A0305402 | April 21, 2017 | $492.37 | $64.82 | $143.41 | $283.87 |
| A0304392 | April 13, 2017 | $492.37 | $69.27 | $168.73 | $254.10 |

| | | | | | |
|---|---|---|---|---|---|
| A0303539 | April 07, 2017 | $603.23 | $84.22 | $195.66 | $323.12 |
| A0302696 | March 31, 2017 | $457.43 | $64.57 | $159.96 | $232.67 |
| A0301691 | March 24, 2017 | $576.23 | $80.54 | $239.22 | $256.24 |
| A0300848 | March 17, 2017 | $849.83 | $120.68 | $307.16 | $421.76 |
| A0299820 | March 10, 2017 | $248.63 | $36.51 | $103.88 | $108.01 |
| A0298977 | March 03, 2017 | $561.83 | $78.59 | $235.60 | $247.41 |
| A0297967 | February 24, 2017 | $435.83 | $61.67 | $203.92 | $170.01 |
| A0297107 | February 17, 2017 | $439.43 | $62.15 | $204.82 | $172.23 |
| A0295774 | February 10, 2017 | $435.83 | $61.66 | $110.44 | $263.50 |
| A0296126 | February 10, 2017 | $72.00 | $20.88 | $2.52 | $48.60 |
| A0294543 | February 03, 2017 | $576.23 | $80.54 | $115.35 | $380.11 |
| A0293535 | January 27, 2017 | $255.83 | $37.46 | $104.14 | $114.00 |
| A0292646 | January 20, 2017 | $349.43 | $50.06 | $107.41 | $191.73 |
| A0291611 | January 13, 2017 | $525.83 | $73.76 | $113.59 | $338.25 |
| A0290717 | January 06, 2017 | $446.63 | $63.11 | $110.81 | $272.48 |

