**UNITED STATES BANKRUPTCY COURT**, Northern District of Georgia
Rome Division
Room 339, Federal Building
600 East First Street
Rome, GA 30161–3187
www.ganb.uscourts.gov

In Re:

| | |
|---|---|
| **Eric Mark Watson** | Case No.: **18–40075–pwb** |
| | Chapter: **13** |
| **Otilia Marie Watson** | Judge: **Paul W. Bonapfel** |

## *NOTICE OF DEADLINE(S) TO CORRECT FILING DEFICIENCY(IES)*

NOTICE IS HEREBY GIVEN TO THE DEBTOR that the above referenced case, which was filed on <u>1/12/18</u>, contains one or more filing deficiencies which must be corrected. Deficiencies in the items listed below may include failure to file the document, failure to sign the document or failure to submit the document on a form that substantially conforms to the Official Bankruptcy Form. Links to all required Official Bankruptcy Forms and AO Director's national forms and to local rules, forms, instructions and guidelines are on the court website <u>www.ganb.uscourts.gov</u>. Failure to correct a deficiency on or before the deadline(s) shown below **may result in dismissal of this case without further notice or opportunity for hearing.**

**To be filed by 01/19/18**
None Apply

**To be Filed by 01/26/18**
Statement of Financial Affairs (Official Form B107)
Schedules A/B thru J (Official Forms B106A/B – B106J)
Summary of Assets and Liabilities (Official Form B106 Summary)
Declaration About Debtors Schedules (Official Form B106)
Attorney Disclosure of Compensation Form (Official Form B2030)
Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form B122 C–1) and, if applicable, Chapter 13 Calculation of Your Disposable Income (Form B122 C–2)
Chapter 13 Plan, complete with signatures (to be served by debtor's counsel, if applicable)

**To be filed by 02/11/18**
None Apply

**Failure to timely file missing documents or correct deficiencies may result in the dismissal of your bankruptcy case without further notice or opportunity for hearing.**

| | |
|---|---|
| Dated: 1/12/18 | M. Regina Thomas |
| | Clerk of Court |
| Form 430b December 2017 | By: Marcie Bennett |
| | Deputy Clerk |