UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

**ERIC MARK WATSON**                              **CASE NO. 18-40075**
**OTILIA MARIE WATSON**                          **JUDGE: PWB**
**DEBTOR(S)**                                             **CHAPTER 13**

INITIAL CHAPTER 13 PLAN
CERTIFICATE OF SERVICE

    The undersigned hereby verifies that a true and correct copy of the attached **Initial Chapter 13 Plan** in the above-styled case was served upon the parties identified below by placing a copy of the same in a properly addressed envelope with adequate postage thereon and depositing same in the US Mail.

**All PARTIES AND CREDITORS ON THE ATTACHED MATRIX**

**February 5, 2018**
Date

/s/ Chris Rampley
**Chris Rampley 593225**
**Chris Rampley, LLC**
**P.O. Box 927**
**Rome, GA 30162**
**(706)-291-7060 Fax:(706)-291-9743**
**Rampley@Hotmail.com**

```
Label Matrix for local noticing          Citizens Sav                             Commonwealth Financial Systems
113E-4                                   500 Chestnut St                          245 Main St
Case 18-40075-pwb                        Chattanooga, TN 37402-1237               Dickson City, PA 18519-1641
Northern District of Georgia
Rome
Mon Feb  5 10:45:12 EST 2018

(p)DIRECTV LLC                           Erlanger                                 Friedmans Jewelers/Monterey Financial
ATTN BANKRUPTCIES                        Po Box 3475                              Attention:  Bankruptcy Department
PO BOX 6550                              Toledo, OH 43607-0475                    4095 Avenida De La Plata
GREENWOOD VILLAGE CO 80155-6550                                                   Ocean Side, CA 92056-5802


(p)GEORGIA DEPARTMENT OF REVENUE         Gordon County Child Support              Gowan Properties
COMPLIANCE DIVISION                      100 Wall Street Ste 102                  Po Box 6004
ARCS BANKRUPTCY                          Calhoun, Ga 30701-2467                   Dalton, Ga 30722-6004
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202

Internal Revenue Service                 Johatnan Coker                           LVNV Funding/Resurgent Capital
401 W Peachtree St Nw                    4756 Treetop LN                          Po Box 10497
Atlanta, Ga 30308-3510                   Cohutta, Ga 30710-9708                   Greenville, SC 29603-0497



Midwest Recovery Syste                   Murray Medical Center                    N Ga Regional Collections
Po Box 899                               Po Box 16518                             224 N Hamilton St
Florissant, MO 63032-0899                Atlanta, Ga 30321-0518                   Dalton, GA 30720-4214



Natiowide Recovery Service               Optima Recovery Servic                   Premier Financial & Credit Srvs
Attn: Bankruptcy                         6215 Kingston Pike                       Attn: Bankruptcy
Po Box 8005                              Ste A                                    5312 Brainerd Rd.
Cleveland, TN 37320-8005                 Knoxville, TN 37919-4044                 Chattanooga, TN 37411-5327


Chris Rampley                            SFC-Central Bankruptcy                   Security Finance
Chris Rampley, LLC                       P.O. Box 1893                            Sfc Centralized Bankruptcy
P O Box 927                              Spartanburg, S.C. 29304-1893             Po Box 1893
Rome, GA 30162-0927                                                               Spartanburg, SC 29304-1893


Sunrise Acceptance/ Easy Auto Credit     TC THOMPSON PEMA EMERGENCY DEPARTMENT    Tennessee Valley Fcu
Attn: Bankruptcy Dept                    WAKEFIELD AND ASSOCIATES                 Po Box 23967
Po Box 2577                              PO BOX 50250                             Chattanooga, TN 37422-3967
Cleveland, TN 37320-2577                 KNOXVILLE,TN 37950-0250


Mary Ida Townson                         Transworld Systems Inc                   Wakefield & Associates
Chapter 13 Trustee                       Po Box 15618                             7005 Middlebrook Pike
Suite 2200                               Wilmingotn, DE 19850-5618                Knoxville, TN 37909-1156
191 Peachtree Street, NE
Atlanta, GA 30303-1770

Eric Mark Watson                         Otilia Marie Watson                      World Finance Corp
1403 Hwy 411 South                       1403 Hwy 411 South                       Attn: Bankruptcy
Chatsworth, GA 30705-6709                Chatsworth, GA 30705-6709                7530 Whitehorse Rd Ste E
                                                                                  Greenville, SC 29611-2000
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Directv
Po Box 78626
Phoenix, AZ 85062

Georgia Department Of Revenue
1800 Century Blvd NE
Suite 9100
Atlanta, Ga 30345-3205

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Amended Matrix

End of Label Matrix
Mailable recipients    29
Bypassed recipients     1
Total                  30