**United States Bankruptcy Court**
**Northern District of Georgia**
**Rome Division**

In re   **Eric Mark Watson**
        **Otilia Marie Watson**

                                    Debtor(s)

Case No.   **18-40075**
Chapter    **13**
Judge      **PWB**

### CERTIFICATE OF MANNER OF SERVICE
### UNDER RULE 7004

I hereby certify that on  **February 5, 2018** a copy of the **Initial plan** Docket number  **21**
was served by the undersigned  in the method specified below:.

The Following by United States First Class Mail with adequate postage attached

Jonathan Coker
4756 Treetop LN
Cohutta, GA 30710

The Following by United States First Class **CERTIFIED** Mail with adequate postage
attached:

**February 5, 2018**
Date

/s/ Chris Rampley
**Chris Rampley 593225**
**Chris Rampley, LLC**
**P.O. Box 927**
**Rome, GA 30162**
**(706)-291-7060Fax:(706)-291-9743**
**Rampley@Hotmail.com**